

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In the matter of J.P.M., a juvenile,　　　　\* From the 90th District
　　　　　　　　　　　　　　　　　　　　Court of Stephens County,
　　　　　　　　　　　　　　　　　　　　Trial Court No. 598.

No. 11-14-00160-CV　　　　　　　　　　\* February 19, 2015

　　　　　　　　　　　　　　　　　　　　\* Per Curiam Memorandum Opinion
　　　　　　　　　　　　　　　　　　　　(Panel consists of: Wright, C.J.,
　　　　　　　　　　　　　　　　　　　　Willson, J., and Bailey, J.)

　　　　This court has inspected the record in this cause and concludes that the appeal should be dismissed. Therefore, in accordance with this court's opinion, the appeal is dismissed.